IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID R. LEASE, | : | |
|     Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RONALD BALUTIS, et al. | : | No. 07-00003 |
|     Defendants | : | |

## O R D E R

**AND NOW**, this 6th day of March, 2012, upon careful consideration of the Defendant's Motion for Summary Judgment (Doc. #131) and all responses and replies thereto it is hereby ORDERED that:

1. The Defendant's Motion for Summary Judgment is **GRANTED**;

2. The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.