**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DAVID R. LEASE, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RONALD BALUTIS, et al., | : | No. 07-00003 |
| Defendants. | : | |

## O R D E R   O F   J U D G M E N T

AND NOW, this 6th day of March, 2012, in accordance with my Order granting the Defendant's motion for summary judgment, and in accordance with Federal Rule of Civil Procedure 58, judgment is hereby entered in favor of the Defendant, and against the Plaintiff.

          BY THE COURT:

          /s/LAWRENCE F. STENGEL
          LAWRENCE F. STENGEL, J.